**Order entered July 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00590-CV

### TROY HEIFNER, Appellant

### V.

### MARION NIXON, AS INDEPENDENT EXECUTOR
### OF THE ESTATE OF BILLIE DEAN HEIFNER, Appellee

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. CI 14-082**

## ORDER

Before the Court is the July 14, 2015 motion of Deborah Hamon, Official Court Reporter for the County Court at Law, seeking a ten-day extension of time to file the reporter's record. In a post-card notice dated July 14, 2015, the Court informed Ms. Hamon that the reporter's record was past-due and instructed her to file the reporter's record within thirty days of the date of the notice. The reporter's record is due on August 13, 2015. Accordingly, we **DENY** as moot Ms. Hamon's motion.

/s/    ELIZABETH LANG-MIERS
        JUSTICE